James **JESSIE, Jr., Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.
June 19, 1951.

Ora F. Duval, Olive Hill, for movant.

A. E. Funk, Atty. Gen., John B. Browning, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM.
Appeal denied.
Judgment affirmed.